02-11-043-CV









 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 COURT OF APPEALS
 SECOND DISTRICT OF TEXAS
 FORT WORTH
  
 
 


 

NO. 02-11-00043-CV

 

 


 
 
 Leslie Anne Hurt
 
 
  
 
 
 APPELLANT
 
 
 
 
  
 V.
  
 
 
 
 
 John Edward Hurt
 
 
  
 
 
 APPELLEE
 
 


 

 

------------

 

FROM THE 211th
District Court OF Denton COUNTY

------------

MEMORANDUM
OPINION[1] AND
JUDGMENT

------------

 

On April
20, 2011, we notified appellant, in accordance with rule of appellate procedure
42.3(c), that we would dismiss this appeal unless the $175 filing fee was paid
on or before May 20, 2011.  See Tex. R. App. P. 42.3(c).  Appellant has not
paid the $175 filing fee.  See Tex. R. App. P. 5, 12.1(b).

Because
appellant has failed to comply with a
requirement of the rules of appellate procedure and the Texas Supreme Court’s
order of August 28, 2007,[2]
we dismiss the appeal.  See Tex. R. App. P. 42.3(c), 43.2(f).

All
pending motions are DENIED AS MOOT.

Appellant
shall pay all costs of this appeal, for which let execution issue.  See
Tex. R. App. P. 43.4.

 

PER
CURIAM

PANEL: 
DAUPHINOT,
GARDNER, and WALKER, JJ.

 

DELIVERED: 
June 9, 2011









[1]See
Tex. R. App. P. 47.4.





[2]See
Supreme Court of Tex., Order Regarding Fees Charged in Civil Cases in the
Supreme Court and the Courts of Appeals and Before the Judicial Panel on
Multidistrict Litigation, Misc. Docket No. 07-9138 (Aug. 28, 2007) (listing
fees in courts of appeals).